UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM BRATCHER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   vs. | ) | 1:04-CV-2054-SEB-VSS |
| | ) | |
| SUBARU OF INDIANA AUTOMOTIVE, | ) | |
| INC., | ) | |
|     Defendant. | ) | |

### JUDGMENT

Pursuant to the Court's entry of this date, final judgment is entered in favor of Defendant and against the Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date: 03/10/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Wayne O. Adams III
ICE MILLER LLP
wayne.adams@icemiller.com

Steven F. Pockrass
ICE MILLER LLP
pockrass@icemiller.com

Erik Joseph May
erikjmayattorney@sbcglobal.net

Margaret Dewey Wielenberg
ICE MILLER LLP
margaret.wielenberg@icemiller.com